IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PAULETTE GANDARA, ADMINISTRATOR OF THE ESTATE OF PAUL ROBERT SALDIVAR, <br><br>Plaintiff, <br><br>vs. <br><br>SHANNON AGUERO, GABRIEL HEPKE, & CITY OF CEDAR RAPIDS, IOWA, <br><br>Defendants. | Case No. 1:14-cv-00014-LRR |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Rule 15(b) and 15 (c) of the Federal Rules of Civil Procedure, Plaintiff Paulette Gandara, as Administrator of the Estate of Paul Robert Saldivar ("Plaintiff") respectfully moves the Court to file an AMENDED COMPLAINT, a copy of which is attached hereto. The new complaint maintains the counts and allegations, but accounts for factual and procedural developments that occurred and were tried by parties' consent. The AMENDED COMPLAINT amends the pleadings to conform to the evidence and clarifies the pleaded issues. Further, the amended complaint changes the parties to Shannon Aguero, Gabriel Hepke, and Michael Barnhart. Separate brief in support of this motion is attached.

Dated: September 24, 2015.

/s/Michael K. Lahammer
Michael K. Lahammer, AT004425

/s/Zachary D. Crowdes
Zachary D. Crowdes, AT0010901
425 2nd Street SE, Suite 1010
Cedar Rapids, IA 52401
Telephone: 319-364-1140
Facsimile: 319-364-4442
zach@crowdeslegal.com
mlahamm@aol.com
**ATTORNEYS FOR PLAINTIFF**