

PLAINTIFF'S EXHIBIT
4-A

PLAINTIFF'S EXHIBIT
4-B