

**RCI**
Radiology Consultants
of Iowa, PLC

PO Box 338
Cedar Rapids, IA 52406
RETURN SERVICE REQUESTED

Patient Name: PAUL SALDIVAR Acct #: 402230
Billing Phone: (319)832-1735 or 800-747-9729
Billing Email: contactus@rciowa.com
To pay bill online visit: www.rciowa.com
Stmt ID#: 153784279

97404-204

PAUL SALDIVAR
1036 11TH ST NE
CEDAR RAPIDS IA 52402-3815

IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW
☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMER. EXP.
CARD NUMBER                    EXP. DATE          AMOUNT
SIGNATURE                      MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

PHONE 6/27/13

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 06/22/12 | $900.00 | 402230 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.
SHOW AMOUNT PAID HERE $

MAKE CHECKS PAYABLE / REMIT TO:

Radiology Consultants of Iowa PLC
PO BOX 338
CEDAR RAPIDS IA 52406-0338

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Code | Description | Charge | Ins. Payments | Patient Payments | Adjust. | Ins. Pending | Patient Owes |
|---|---|---|---|---|---|---|---|---|
| 05/11/12 | 7101026 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| 05/11/12 | 7045026 | CT HEAD WO CONTRAST | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| 05/11/12 | 704502677 | CT HEAD WO CONTRAST | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| 05/11/12 | 7212526 | CT CERVICAL SPINE WO CONTRAST | 188.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.00 |
| 05/12/12 | 710102677 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| 05/12/12 | 7101026 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| 05/13/12 | 7045026 | CT HEAD WO CONTRAST | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 |
| 05/13/12 | 7101026 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| 05/14/12 | 7101026 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| 05/15/12 | 7101026 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |
| 05/15/12 | 7400026 | ABDOMEN SINGLE AP VW | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 |
| 05/16/12 | 7101026 | CHEST PA VIEW | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.00 |

This communication is from a debt collector.
This is an attempt to collect a debt and any
information obtained will be used for that purpose.

Patient Name: PAUL SALDIVAR Acct #: 402230

| CURRENT | PAST DUE |
|---|---|
| 0.00 | 900.00 |

Billing Fax: (319)832-1747
Web Address: www.rciowa.com
Office Hours: Mon-Thur 8:00am-4:00pm/Fri 8:00am - noon
Tax ID: 421480598

Your account is overdue. Please mail your payment today.

| Account Balance | 900.00 |
|---|---|
| Pending Insurance | 0.00 |
| Pay This Amount | 900.00 |

Payment in full is expected.

PLAINTIFFS EXHIBIT 7B

STATEMENT
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

97404-204

