# Jonathan Thompson, M.D.

Associate State Medical Examiner
Iowa Office of the State Medical Examiner
2250 S Ankeny Blvd
Ankeny, IA 50023
(515) 725-1463    Fax (515) 725-1414
jonathan.thompson@idph.iowa.gov

**Education:**

| | |
|---|---|
| **Forensic Pathology Fellowship** <br> Hennepin County Medical Examiner's Office | July 2006 to June 2007 <br> Minneapolis, MN |
| **Pathology Residency** <br> University of Minnesota Medical Center | July 2002 to June 2006 <br> Minneapolis, MN |
| **Medical Degree** <br> University of Iowa School of Medicine | May 2002 <br> Iowa City, IA |
| **Bachelors of Science in Exercise Science** <br> University of Iowa | May 1998 <br> Iowa City, IA |

**Work Experience:**

| | |
|---|---|
| **Hennepin County Medical Examiner's Office** <br> *Assistant Medical Examiner* | Minneapolis, MN <br> July 16, 2007 to June 2009 |
| **Iowa Office of the State Medical Examiner** <br> *Associate State Medical Examiner* | Ankeny, IA <br> Dec 12, 2008 to present |

**Board Certification:**

| | |
|---|---|
| **Anatomic Pathology** | June 2006 |
| **Clinical Pathology** | June 2006 |
| **Forensic Pathology** | September 2007 |

**Additional Appointments:**

| | | |
|---|---|---|
| **Associate Professor of Pathology** | The University of Iowa, Iowa City, IA | April 2009 - present |
| **Adjunct Asst Professor of Forensic Pathology** | Des Moines University, College of Osteopathic Medicine | April 2009 - present |
| **Medical Staff** | Department of Pathology Hennepin County Medical Center | July 2007-Dec 2008 |
| **Assistant Professor** | Department of Lab Medicine and Pathology, University of Minnesota, Minneapolis, MN | July 2007-Dec 2008 |

PLAINTIFF'S EXHIBIT 10

Jonathan Thompson, M.D.

**Medical Licensure:** State of Minnesota, Medical License number 4832
State of Iowa, Medical License number 38154

**Professional Memberships:**
- American Society of Clinical Pathology
- College of American Pathology
- American Academy of Forensic Sciences
- National Association of Medical Examiners
- Iowa Association of County Medical Examiners
- Iowa Association of Pathologists

**Teaching Experience:**

**Des Moines University Medical School**
**Pathology Lecturer**     April 2009 to April 2012
Lecture topics include:
- The Role of the Medical Examiner
- Sudden Natural Deaths
- The Pathology of Trauma

**University of Minnesota**
**Medical School Pathology Lecturer**     September 2004 to December 2008
Lecture topics include:
- *Acute and Chronic Inflammation*
- *Chemical and Physical Injury*
- *Adrenal Gland Pathology*
- *Aortic and Arterial Disease*
- *Myocardial Disease and Hypertension*
- *Pulmonary Hypertension*

**University of Minnesota**
**Pathology Review Instructor**     January 2005 to June 2005
- Prepared lab and lecture reviews for second year medical students.
- Instructed topics included endocrine pathology, breast pathology, female and male reproduction, renal pathology, and hematopathology.

**University of Minnesota**
**Pathology Lab Instructor**     October 2002 to December 2008
- Taught concepts covered in the lab portion of the medical school pathology course.

**Brooklyn Park High School Health Seminar**
- Educated high school students on the acute effects     April 2006
of alcohol intoxication.

**The medical examiner and the investigation of death**
A brief introduction of the roles of a medical examiner
- Bloomington Jefferson High School     March 2008
- Richfield High School     Dec 2007, Nov 2008

Jonathan Thompson, M.D.

**Presentations:**

**University of Minnesota Pathology Grand Rounds**     March 2006
- The Toxicology of Fentanyl

**American Academy of Forensic Sciences Annual Meeting**     Feb 2006
- "Fentanyl Concentrations in 23 Post-Mortem Cases from Hennepin County Medical Examiner's Office" (poster presentation)

**FBI's Indian Country Advanced Crime Scene Training**
- Sharp Force Injuries     April 2008

**Minnesota Society of Coroners and Medical Examiners**
- Postmortem Changes and Time of Death     October 2006
- Cyanide poisoning. A case presentation     October 2007

**Iowa Hospital Association**     June 2009
- Pathology of Trauma

**Iowa Association of County Medical Examiners**
- The Twin Cities Bridge Collapse     November 2009
- Electrothermal injuries     November 2011

**Department of Public Safety Iowa Law Enforcement Academy**
- Role of the medical examiner and traumatic injuries     February 2011
      October 2012
      November 2013
      August 2014
      December 2014

**Division of Criminal Investigation**
- Investigation of the Equivocal Death     April 2013

**Division of Criminal Investigation Case Management School**
- Forensic Pathology at the Iowa Office of the State Medical Examiner     January 2014
      January 2015

**Iowa State University Forensic Science Seminar**
- A Day in the Life of a Forensic Pathologist     December 2014

**University of Iowa Department of Pathology Lecture Series**     April 2015
- Firearm Injuries

**Abstracts/Publications:**

Thompson JG, Baker AM, Bracey AH, Seningen J, Kloss JS, Strobl AQ, Apple FS. *"Fentanyl Concentrations in 23 Post-Mortem Cases from Hennepin County Medical Examiner's Office."* Journal of Forensic Sciences 2007; 52(4): 978-981.

Thompson JG, Vanderwerf S, Seningen J, Carr M, Kloss J, Apple FS. *"Oxycodone Concentrations in 67 Postmortem Cases from the Hennepin County Medical Examiner's Office."* Journal of Analytical Toxicology, Vol 32, October 2008.

Jonathan Thompson, M.D.

Luckenbill K, **Thompson J**, Middleton O, Kloss J, Apple F. *"Fentanyl Postmortem Redistribution: Preliminary Findings Regarding the Relationship Between Femoral Blood and Liver and Heart Tissue Concentrations.* Journal of Analytical Toxicology, Vol 32, October 2008.

Olson KN, Luckenbill K, **Thompson J,** Middleton O, Geiselhart R, Mills KM, Kloss J, Apple FS. *"Postmortem redistribution of fentanyl in blood."* American Journal of Clinical Pathology 2010 Mar; 133 (3): 447-53.