*2012-06847*

# Reviewed Message

Message Number: 2361134
Date: 05/10/12 23:31:41
Priority: 9
Sender Name: AGUERO
Sender Term: $467
Subject: RE:
Message Text:
    we need help bringing him in
Destinations:
    $503

5/11/2012 1:53:47 PM      Review_Message


PLAINTIFFS EXHIBIT 12A

2012-06847

# Reviewed Message

Message Number: 2361135
Date: 05/10/12 23:32:03
Priority: 9
Sender Name: PAULSEN
Sender Term: $503
Subject: RE:
Message Text:
    Ok. Let them know at the buzzer too. I will swing over there.
Destinations:
    $467


PLAINTIFFS EXHIBIT 12B

# Reviewed Message

Message Number: 2361137
Date: 05/10/12 23:34:22
Priority: 9
Sender Name: AGUERO
Sender Term: $467
Subject:
Message Text:
    will u come up here a quick sec
Destinations:
    $491

5/11/2012 1:55:33 PM      Review_Message

2012-06847

PLAINTIFFS EXHIBIT 12C