2012-06841

# Event Chronology

Event Number: P12046970

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/10/12 | 23:09:26 | disp1 | 40045 | EVENT CREATED: Location= 329 2ND AV SE CR : @HAZARD COUNTY , Cross Streets= 3RD ST SE / 5TH ST SE , Call Source= OFFICER<br>Agency= CRPD , Group= PD , Beat= 1 , Status= A , Priority= 4 , ETA= 30 , Hold Type= 0 ,<br>Primary Unit= 491 , Primary Member= 21049 ,<br>Current= F , Open Current= F , Type Code= S18 - BAR CHECK<br>Unit= 467 , Status= DP , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21063<br>EVENT COMMENT= Field Event |
| 05/10/12 | 23:09:27 | disp1 | 40045 | Unit= 467 , Status= AR , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21063 |
| 05/10/12 | 23:09:28 | comm | 40045 | EVENT COMMENT= ** LOI search completed at 05/10/12 23:09:28 |
| 05/10/12 | 23:19:28 | call2 | 40031 | Unit= 467 , Status= # , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21063 |
| 05/10/12 | 23:19:53 | disp1 | 40045 | Unit= 491 , Status= DP , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21049 |
| 05/10/12 | 23:19:59 | disp1 | 40045 | Unit= 491 , Status= AR , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21049 |
| 05/10/12 | 23:20:03 | disp1 | 40045 | Unit= 467 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21063 |
| 05/10/12 | 23:20:28 | disp1 | 40045 | Unit= 417 , Status= DP , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21030 |
| 05/10/12 | 23:21:14 | disp1 | 40045 | EVENT COMMENT= BIGGER GUY |
| 05/10/12 | 23:21:28 | disp1 | 40045 | EVENT COMMENT= GREY SWEATSHIRT AND JEANS EB DOWN THE ALLEY |
| 05/10/12 | 23:22:06 | disp1 | 40045 | EVENT COMMENT= IN THE ALLEY BETWEEN 2 AV AND 3 AV |
| 05/10/12 | 23:22:08 | disp1 | 40045 | EVENT COMMENT= 3 T |
| 05/10/12 | 23:22:10 | disp1 | 40045 | EVENT COMMENT= 3ST |
| 05/10/12 | 23:22:15 | disp1 | 40045 | Unit= 417 , Status= AR , Location= 329 2ND AV SE CR: @HAZARD COUNTY , Employee= 21030 |
| 05/10/12 | 23:23:50 | info1 | 40047 | EVENT COMMENT= SALDIVAR,PAUL19790426 |
| 05/10/12 | 23:26:53 | info1 | 40047 | EVENT COMMENT= ARRESTED SALDIVAR - IWOA, INTOX |
| 05/10/12 | 23:26:55 | info1 | 40047 | CASE NUMBER ASSIGNED= C201206847<br>Disposition Assigned= ASSNCASE<br>EVENT COMMENT= ** Case number C201206847 has been assigned<br>** >>>> by: MICHAEL TORNO on terminal: info1 |

DEFENDANT'S EXHIBIT A
No 14-CV14-LRR

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/10/12 | 23:28:41 | disp1 | 40045 | Unit= 467, Status= TR, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21063 |
| 05/10/12 | 23:28:48 | disp1 | 40045 | Unit= 491, Status= TR, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21049 |
| 05/10/12 | 23:29:39 | disp1 | 40045 | Unit= 417, Status= AM, Employee= 21030 Disposition Assigned= F |
| 05/10/12 | 23:30:58 | $491 | 21049 | Unit= 491, Status= AR, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21049 |
| 05/10/12 | 23:30:58 | disp1 | 40045 | Unit= 467, Status= TA, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21063 |
| 05/10/12 | 23:40:58 | call2 | 40031 | Unit= 491, Status= #, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21049 |
| 05/10/12 | 23:42:51 | disp1 | 40045 | Unit= 491, Status= CU, Comment= Alarm Timer Extended: 0, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21049 |
| 05/10/12 | 23:45:58 | call2 | 40031 | Unit= 467, Status= #, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21063 |
| 05/10/12 | 23:48:45 | disp1 | 40045 | Unit= 467, Status= CU, Comment= Alarm Timer Extended: 0, Location= 53 3RD AVE BRIDGE CR: @LCJ, Employee= 21063 |
| 05/11/12 | 00:59:28 | fire1 | 40027 | Unit= 450, Status= DP, Location= 329 2ND AV SE CR: @HAZARD COUNTY, Employee= 20943, Employee= 20954 |
| 05/11/12 | 00:59:30 | disp1 | 40045 | CROSS REFERENCED TO EVENT= P12046993 CROSS REFERENCED TO EVENT= P12046996 |
| 05/11/12 | 00:59:39 | fire1 | 40027 | Unit= 450, Status= ER, Location= 701 10TH ST SE CR: @MERCY, Employee= 20943, Employee= 20954 Unit= 450, Status= CL, Location= 701 10TH ST SE CR: @MERCY, Employee= 20943, Employee= 20954 |
| 05/11/12 | 00:59:42 | fire1 | 40027 | Unit= 450, Status= AR, Location= 701 10TH ST SE CR: @MERCY, Employee= 20943, Employee= 20954 |
| 05/11/12 | 00:59:50 | disp1 | 40045 | EVENT COMMENT= ** Cross Referenced to Event # P12046996 at: 05/11/12 00:59:50 ** >>>> by: JACQUELINE K. MULLEN on terminal: disp1 |
| 05/11/12 | 01:00:57 | disp1 | 40045 | CROSS REFERENCED TO EVENT= P12046985 CROSS REFERENCED TO EVENT= F12003811 CROSS REFERENCED TO EVENT= E12003197 |
| 05/11/12 | 01:09:46 | cmd | 2080499 | Unit= 450, Status= #, Location= 701 10TH ST SE CR: @MERCY, Employee= 20943, Employee= 20954 |
| 05/11/12 | 01:10:17 | disp1 | 40045 | Unit= 450, Status= CU, Comment= Alarm Timer Extended: 0, Location= 701 10TH ST SE CR: @MERCY, Employee= 20943, Employee= 20954 |
| 05/11/12 | 01:51:42 | disp1 | 40045 | Disposition Assigned= F |
| 05/11/12 | 01:51:43 | disp1 | 40045 | Unit= 450, Status= AM, Employee= 20943, Employee= 20954 |
| 05/11/12 | 02:01:39 | disp1 | 40045 | Unit= 491, Status= AM, Employee= 21049 Disposition Assigned= F |
| 05/11/12 | 02:19:14 | info1 | 40047 | EVENT COMMENT= MERCY ICU ROOM 2116 |

2012-U6841

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/11/12 | 02:42:18 | info1 | 40047 | Agency= CRPD , Group= PD , Beat= 1 , Status= A , Priority= 4 , ETA= 30 , Hold Type= 0 , Primary Unit= 491 , Primary Member= 21049 , Current= T , Open Current= F , Type Code= S18 - BAR CHECK<br>EVENT CLOSED:<br>Unit= 467 , Status= AM , Employee= 21063<br>Disposition Assigned= L |